IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
JESSICA LANE : CASE NO. 1:14 CV 543
:
Plaintiff, :
:
-vs- :
:
PERFORMANT RECOVERY INC., et al :
:
Defendants. : ORDER OF DISMISSAL
------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter comes before the Court on the parties' stipulation of dismissal pursuant to Federal Rule 41(a)(1)(A)(ii). (Doc. #13). This matter is hereby dismissed without prejudice; each party to bear their own costs.

IT IS SO ORDERED.

                                                              /s/ Lesley Wells
                                                    UNITED STATES DISTRICT JUDGE

Date: 4 November 2014